```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05312
   ANTWONE L TONEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-2693
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 03/06/2008 and was not confirmed.

The case was dismissed without confirmation 05/01/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE | UNSECURED | 1262.27 | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 473.52 | .00 | .00 |
| ILLINOIS COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 13887.51 | .00 | .00 |
| SAM'S CLUB | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EAGLE INTERNATI | SECURED VEHIC | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 40000.00 | .00 | .00 |
| LAKE COUNTY CHILD SUPPOR | DSO ARREARS | NOT FILED | .00 | .00 |
| IL STATE DISBURSEMENT UN | DSO ARREARS | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | SECURED NOT I | 3057.71 | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | 820.00 |

Summary of Receipts and Disbursements:

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 820.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | 820.00 |
| TOTALS | 820.00 | 820.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 05312 ANTWONE L TONEY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                    /s/ Tom Vaughn

Dated: 08/26/08                        _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE